[No. 5472-1-III. Division Three. June 26, 1984.]

EARL WHISTMAN, ET AL, *Respondents,* v. WEST AMERICAN
OF THE OHIO CASUALTY GROUP OF INSURANCE
COMPANIES, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 31053, James D. Kendall, J., entered October 22, 1982. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J. Now published at 38 Wn. App. 580.

[No. 5493-4-III. Division Three. June 26, 1984.]

FORNEY FRUIT COMPANY, *Appellant,* v. CONTINENTAL
CARRIER CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81-2-01547-5, Walter A. Stauffacher, J., entered November 12, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff and Thompson, JJ.

[No. 5534-5-III. Division Three. June 26, 1984.]

*In the Matter of the Estate of*
VERNA CAMBERN.

VICTOR J. FELICE, *Appellant,* v. BONNIE J.
PETERS, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81-4-01241-0, Willard A. Zellmer, J., entered November 17, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J.